**ROBERT E. BARRY, ESQ.**
Union County Counsel
Department of Law
Administration Building
Elizabeth, New Jersey 07207
(908) 527-4250
Attorneys for Defendants: Union County and Union County Sheriff's Department,

**BY: Moshood Muftau, Esq.**
    **Second Deputy County Counsel**
    **#02819 2006**

| | |
|---|---|
| STEVEN FERRARA | DISTRICT COURT OF UNITED STATES THE DISTRICT OF NEW JERSEY |
| Plaintiff | Civil Action No. 2:16-CV-09250 (JLL) (SCM) |
| vs. | Civil Action |
| UNION COUNTY PROPABTION DEPARTMENT, UNION COUNTY CRIMINAL CASE MANAGEMENT, UNION COUNTY, STATE OF NEW JERSEY, UNION COUNTY SHERIFF'S DEPARTMENT, RAYMOND REYNOLDS, CHRISTINE SHALAYDA, JAMES MUDRAK, WENDI CABELL and JOHN DOES 1-10, Representing fictitious individuals and/or Entities, who may be responsible for the Plaintiff's Damages, in whole or in part | **CERTIFICATION OF SERVICE** |
| Defendant(s) | |

I hereby certify that a copy of Defendants, Union County and Union County Sheriff's Department, Answer to Complaint, Crossclaims and Answers to Crossclaims, Separate Defenses, Jury Demand and Designation of Trial Counsel was e-filed, via PACER, with the Clerk of U.S. District Court, District of New Jersey, Newark, New Jersey on March 2, 2017.

                                                                        /s/ Moshood Muftau

Dated: March 2, 2017                                    By: Moshood Muftau, Esq.
                                                                        Second Deputy County Counsel